**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TALIB HANNAH**                                                                              **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.: 4:26-cv-62-DMB-JMV**

**WASHINGTON COUNTY, MISSISSIPPI et. al.**                              **DEFENDANTS**

**<u>ORDER REQUIRING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION IN
ORDER TO SERVE PROCESS UPON DEFENDANT CATHERINE WHETHERSBY</u>**

This matter is before the Court in order to require Plaintiff, who has been granted the right to proceed in forma pauperis in this matter, to provide additional information in order to serve Defendant Catherine Whethersby in her individual capacity.

When a plaintiff is granted the right to proceed IFP, "officers of the court shall issue and serve all process." 28 U.S.C § 1915(d). The plaintiff—not the court—is obligated to provide information regarding the appropriate defendant and information, including the correct address, necessary to secure good process. *Buckley v. Epps*, No. 4:09CV010-A-S, 2010 WL 2245560, at \*1 (N.D. Miss. June 1, 2010) (reasoning that without a valid address, defendants cannot be served with process).

On June 29, 2026, the summons issued to Catherine Whethersby was returned as unexecuted and included the notation that Ms. Whethersby is "no longer employed there." [Doc. 10]. Accordingly, Plaintiff is directed to, within 14 days of this order, or by July 29, 2026, submit to the Court the appropriate information pursuant to Federal Rule of Civil Procedure 4, including a valid address, needed for the Clerk to issue process on Ms. Whethersby so that the U.S. Marshal may serve her.

**SO ORDERED**, this, the 15th day of July, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**